

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00893-CV

**IN THE INTEREST OF M.C.** and T.C.

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00142
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order terminating appellant's parental rights is AFFIRMED. No costs of appeal are assessed against appellant.

SIGNED June 10, 2015.

_Karen Angelini_
Karen Angelini, Justice